## RAJA ZABANEH ET AL. *v.* DAN BEARD ASSOCIATES, LLC

The petition by the substituted plaintiff NSHE Leechburg, LLC, for certification for appeal from the Appellate Court, 105 Conn. App. 134 (AC 28107), is denied.

*Ian Angus Cole*, in support of the petition.

*William J. Wenzel*, in opposition.

Decided April 2, 2008

---

## SUSAN MARANDINO *v.* PROMETHEUS PHARMACY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 105 Conn. App. 669 (AC 28146), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the claimant was entitled to temporary total benefits after having received permanent partial disability benefits pursuant to a voluntary agreement?"

The Supreme Court docket number is SC 18135.

*Douglas L. Drayton*, in support of the petition.

Decided April 2, 2008